AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of _____

ATTACHMENT 5

William G. Stevens
    Plaintiff

V.

Massachusetts Department of Correction, et al.
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-11565 JLT

I, Willaim G. Stevens _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Nemansket Correctional Center

   Are you employed at the institution? __NO__ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   **1998**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

A.O 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

July 21, 2005
_____       _____
       Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William G. Stevens

V.   CIVIL ACTION NO._____

Massachusetts Department of Correction, et al.

05-11565JLT

### AFFIDAVIT

I, Willaim G. Stevens, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1. Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2. Of those funds currently maintained in my prison account, the amount of $0.00 $0.00 represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

_____
Signature of Applicant

Sworn and subscribed to before me this 20 day of July, 2005.

MANUEL JAMES BOTELHO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 10, 20__

_____
NOTARY PUBLIC

## MASSACHUSETTS NOTARY SIGNATURE WITNESSING

Commonwealth of Massachusetts } SS.

County of :  **PLYMOUTH**

On this the ___20___ day of  *July*,  **2005**,  before me
           Day                Month  Year

**MANUEL JAMES BOTELHO** , the undersigned Notary Public,

Personally appeared  William G Stevens ,
                            Name(s) of Signer(s)

Proved to me through satisfactory evidence of identity, which was/were

Inmates I.D. #M85829 ,
                         Description of Evidence of Identity

To be the person(s) whose name(s)

Was/were signed on the preceding or

Attached document in my presence.

[Notary Seal: MANUEL JAMES BOTELHO, Notary Public, Commonwealth of Massachusetts, My Commission Expires Jul 16, 2010]

_____
Signature of Notary Public

**MANUEL JAMES BOTELHO**
Printed Name of Notary

My Commission Expires:  **16 July 2010**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050718 15:52

| | | | | Page: 1 |
|---|---|---|---|---|
| Commit#: | M85829 | | MASS. TREATMENT CENTER | |
| Name: | STEVENS, WILLIAM, G, | | Statement From | 20050101 |
| Inst: | MASS. TREATMENT CENTER | | To | 20050718 |
| Block: | D2 | | | |
| Cell/Bed: | 006 /T | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $694.78 | $694.78 | $88.76 | $0.00 |
| 20050107 08:36 | AT - Account Transfer | 3948872 | | MTC | ~M85829 STEVENS,WILLIAM G PERSONAL | $25.00 | $0.00 | $0.00 | $25.00 |
| 20050107 08:37 | EX - External Disbursement | 3948877 | 96969 | MTC | ~CASE # 2004-1300B~PLYMOUTH SUPERIOR COURT | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050107 08:37 | MA - Maintenance and Administration | 3948878 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3990139 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3990140 | | MTC | | $0.00 | $0.00 | $0.22 | $0.00 |
| 20050204 13:30 | AT - Account Transfer | 4089854 | | MTC | ~TO PAY COURT COSTS FOR CIVIL DOCKET #PLCV2005-00080-B~M85829 STEVENS,WILLIAM G PERSONAL | $20.00 | $0.00 | $0.00 | $20.00 |
| 20050204 13:31 | AT - Account Transfer | 4089864 | | MTC | ~M85829 STEVENS,WILLIAM G SAVINGS | $0.00 | $19.00 | $19.00 | $0.00 |
| 20050204 13:32 | AT - Account Transfer | 4089865 | | MTC | ~M85829 STEVENS,WILLIAM G PERSONAL | $20.00 | $0.00 | $0.00 | $20.00 |
| 20050204 13:33 | EX - External Disbursement | 4089869 | 97584 | MTC | ~COURT COSTS FOR CIVIL DOCKET #PLCV00080B~PLYMOUTH SUPERIOR COURT | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050204 13:33 | MA - Maintenance and Administration | 4089870 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 16:47 | IS - Interest | 4119093 | | MTC | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20050303 07:56 | ML - Mail | 4225626 | | STH | ~WD STEVENS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050303 07:56 | MA - Maintenance and Administration | 4225627 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050303 07:56 | TI - Transfer from Institution | 4225629 | | STH | ~Associate Receipt Number is 4225626 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050303 07:56 | TI - Transfer from Institution | 4225630 | | MTC | ~Associate Receipt Number is 4225626 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4265445 | | MTC | ~Canteen Date : 20050310 | $0.00 | $10.66 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4289969 | | MTC | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4412913 | | MTC | ~Canteen Date : 20050407 | $0.00 | $9.12 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4429782 | | MTC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4429783 | | MTC | | $0.00 | $0.00 | $0.14 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494995 | | MTC | ~Canteen Date : 20050421 | $0.00 | $2.07 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4523845 | | MTC | ~Canteen Date : 20050428 | $0.00 | $1.04 | $0.00 | $0.00 |
| 20050510 09:35 | ML - Mail | 4577164 | | STH | ~DONOR ILLEGIBLE MO#883697943 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050510 09:35 | MA - Maintenance and Administration | 4577166 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050510 09:35 | TI - Transfer from Institution | 4577168 | | STH | ~Associate Receipt Number is 4577164 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050510 09:35 | TI - Transfer from Institution | 4577169 | | MTC | ~Associate Receipt Number is 4577164 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4596010 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4596011 | | MTC | | $0.00 | $0.00 | $0.14 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050718 15:52

Page: 2

| Commit# : | M85829 | | | MASS. TREATMENT CENTER | | | |
| Name : | STEVENS, WILLIAM, G, | | Statement From | 20050101 | | | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050718 | | | |
| Block : | D2 | | | | | | |
| Cell/Bed : | 006 /T | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050512 22:30 | CN - Canteen | 4613264 | | MTC | ~Canteen Date : 20050512 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20050609 16:50 | IS - Interest | 4757714 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:50 | IS - Interest | 4757715 | | MTC | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20050713 16:52 | IS - Interest | 4932880 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050713 16:52 | IS - Interest | 4932881 | | MTC | | $0.00 | $0.00 | $0.16 | $0.00 |
| | | | | | | $163.05 | $162.52 | $20.12 | $65.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.53 | $43.88 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.53 | $43.88 | $0.00 | $0.00 | $0.00 | $0.00 |