UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-cv-11565-JTL

William G. Stevens,
    Plaintiff,

v.

Mass. Dept. of Corrections, et al.,
    Defendants.

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

NOW comes the pro se Plaintiff, William G. Stevens, in the above entitled action, and moves this Honorable Court to dismiss this action without prejudice.

As grounds plaintiff states as follows:

Plaintiff has neither the resources or knowledge to prosecute this action adequately on his own, and for the purposes of efficient administration of justice as well as the speedy dispatch of judicial business the Court and the plaintiff would be better served by the dismissal of this action.

**WHEREFORE**, plaintiff respectfully moves this Honorable Court to allow this motion to dismiss without prejudice.

6-5-06

Respectfully Submitted
William G. Stevens, Plaintiff

_____
William G. Stevens, Pro Se
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324